IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00313-LTB

FARMER OIL AND GAS PROPERTIES, LLC, an Arizona Limited Liability Company,

　　Plaintiff,

v.

SOUTHERN UTE INDIAN TRIBE,

　　Defendant.

---

# FINAL JUDGMENT

---

　　PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order entered by the Honorable Lewis T. Babcock on October 12, 2012, and incorporated herein by reference as if fully set forth, it is

　　ORDERED that the Tribe's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) is GRANTED.  It is

　　FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Southern Ute Indian Tribe, and against Plaintiff, Farmer Oil and Gas Properties, LLC.  It is

　　FURTHER ORDERED that plaintiff's Amended Complaint and this civil action are DISMISSED WITH PREJUDICE.  It is

　　FURTHER ORDERED that Defendant, Southern Ute Indian Tribe shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado this  15th  day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk