IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00313-LTB

FARMER OIL AND GAS PROPERTIES, LLC, an Arizona limited liability company,

        Plaintiff,

v.

SOUTHERN UTE INDIAN TRIBE,

        Defendant.

---

ORDER GRANTING JOINT MOTION FOR VOLUNTARY
DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)

---

THIS MATTER coming before the Court upon the Joint Motion for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2), signed by counsel for all parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Settlement Agreement attached to the Joint Motion for Voluntary dismissal Fed. R. Civ. P. 41(a)(2) is approved and incorporated into this Order;

IT IS FURTHER ORDERED that the Joint Motion for Voluntary Dismissal Fed. R. Civ. P. 41(a)(2) is granted;

IT IS FURTHER ORDERED that this action is hereby dismissed, with prejudice, each party to bear its own court costs and attorney fees.

DATED January 7, 2014 in Denver, Colorado.

                                                    BY THE COURT:

                                                    s/Lewis T. Babcock
                                                    LEWIS T. BABCOCK, JUDGE